IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUN 23 2020**

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

_____Taylor Jade Hickerson_____, Plaintiff

v.

_____UCHealth Center Memorial Central_____,

~~Aspen Pointe~~ _____,

~~Cedar Springs~~ _____,

_____UC Medical Group_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

**COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Taylor Jade Hickerson    59 w las vegas st #210 colorado springs, co 80903
(Name and complete mailing address)

3035910353
(Telephone number and e-mail address)

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   UC Health Central  1400 E. Boulder St, Colorado Springs, CO 80909
(Name and complete mailing address)

719-364-5000
(Telephone number and e-mail address if known)

Defendant 2:   American Medical Response   2370 N Powers Blvd, Colorado Springs, CO 80915
(Name and complete mailing address)

7195971277
(Telephone number and e-mail address if known)

Defendant 3: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 4: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

**✓** Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

22 U.S. Code 2702
_____

_____

____ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

D.    STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   Medical malpractice – Memorial

    Supporting facts:

Multiple occurences:

~~Incomplete records~~

Lack of complete diagnosis or incorrect diagnosis

Near death experiences: ambulance; ER etc

Early discharge or refusal of service when medical attention was required.

Treated poorly often.

Filed a complaint to no resolution.
Filed a claim with Tort + denied a response.

Neglecting patient regardless of status.

4

CLAIM TWO: UnEconomic damages & Economic Damages

Supporting facts:

Unable to work due to sustained injuries from lack of treatment or uncompatible treatment - Aspen Pointe & Cedar Springs
Nearly starved in psych. hold multiple times - Hospital

Poor placement of patients - experienced much discomfort & nonplacement - mental health / behavioral health

5

E.  **REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

$2,750,000

F.  **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

05/08/2020
(Date)

(Revised December 2017)

Return address (handwritten):
Taylor Hickerson
59 West Las Vegas St
Colorado Springs, CO 80903

USPS PRIORITY MAIL EXPRESS label

CUSTOMER USE ONLY
FROM: (PLEASE PRINT)   PHONE (726) 574-6527
Taylor J Hickerson
59 W Las Vegas St #210
Colorado Springs, CO 80903

TO: (PLEASE PRINT)   PHONE ( )
District Court
901 W 19th St.
Denver, CO
ZIP+4: 80294

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED
☒ No Saturday Delivery
☐ 10:30 AM Delivery Required
☐ Sunday/Holiday Delivery Required

ORIGIN (POSTAL SERVICE USE ONLY)
PO ZIP Code: 80903
Date Accepted (MM/DD/YY): 6/22/20
Time Accepted: 12:00 PM
Weight: 1 lb 0 oz  ☐ Flat Rate
Postage: $27.15
Total Postage & Fees: $27.15

DELIVERY (POSTAL SERVICE USE ONLY)
Scheduled Delivery Date: 6/23/20
Scheduled Delivery Time: ☒ 12 NOON
Employee Signature: JAL

EJ 325 583 393 US

U.S. POSTAGE PAID
PME 1-Day
COLORADO SPRINGS, CO
80903
JUN 22, 20
AMOUNT
$27.15
R2304M114149-08

1007
80294